Argued and submitted October 29, appeal dismissed November 20, 2002

ROTESH VIKASH SINGH,
*Appellant,*

*v.*

Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

01-05-1104 M; A116703

57 P3d 975

Bob Pangburn argued the cause and filed the brief for appellant.

Kathleen Cegla argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

## PER CURIAM

Plaintiff filed a petition for a writ of habeas corpus, alleging that he was held in disciplinary segregation without a hearing. The trial court issued a writ, and defendant filed a return alleging that plaintiff's confinement and the conditions of confinement were lawful. Meanwhile, plaintiff completed the term of disciplinary segregation, but remained incarcerated in the intensive management unit (IMU). His counsel, believing the case to be moot, did not file a replication. Defendant requested dismissal on the ground that the facts alleged in the return demonstrated that plaintiff was not eligible for habeas corpus relief. The trial court agreed and dismissed the petition.

Plaintiff appealed, arguing that, among other things, as long as he remained in IMU, the case was not moot and that the trial court should have granted habeas corpus relief on the basis of the facts alleged in the petition. At oral argument, however, counsel for plaintiff advised the court that plaintiff is no longer in IMU and that the case now is moot. Defendant agrees. So do we. *Pham v. Thompson*, 156 Or App 440, 442-44, 965 P2d 482 (1998), *rev den*, 328 Or 246 (1999).

Appeal dismissed.